```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 05 B 20028
   HATTIE PAGE
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

      Debtor
   SSN XXX-XX-6348

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 05/18/2005 and was confirmed 06/29/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was paid in full 12/07/2005.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
DOVENMUELE MORTGAGE        CURRENT MORTG      .00              .00           .00
ARIZONA MAIL ORDER         UNSEC W/INTER NOT FILED             .00           .00
ARROW FINANCIAL SERVICES   UNSEC W/INTER    513.07            8.94        513.07
CATHERINES                 UNSEC W/INTER    440.12            9.16        440.12
CB USA                     UNSEC W/INTER NOT FILED             .00           .00
CBUSASEARS                 UNSEC W/INTER NOT FILED             .00           .00
CHASE MANHATTAN BANK       UNSEC W/INTER NOT FILED             .00           .00
CITIBANK PLATINUM          UNSEC W/INTER NOT FILED             .00           .00
HOME DEPOT CREDIT SERVIC   UNSEC W/INTER NOT FILED             .00           .00
SMC                        UNSEC W/INTER    653.61           10.63        653.61
HOUSEHOLD CREDIT SERVICE   UNSEC W/INTER NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    312.70            6.52        312.70
ECAST SETTLEMENT CORP      UNSEC W/INTER    610.29           12.66        610.29
GEMB/MENS WAREHOUSE        UNSEC W/INTER NOT FILED             .00           .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY   NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     79.26            1.50         79.26
TARGET NATIONAL BANK       UNSEC W/INTER    329.14            6.84        329.14
WORLD FINANCIAL NETWORK    UNSEC W/INTER    299.13            6.25        299.13
ECAST SETTLEMENT CORP      UNSEC W/INTER    712.41            9.34        712.41
RESURGENT ACQUISITION LL   UNSEC W/INTER    246.03            3.62        246.03
DOVENMUEHLE MORTGAGE INC   NOTICE ONLY   NOT FILED             .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY    2,300.00                       2,300.00
TOM VAUGHN                 TRUSTEE                                         345.36
DEBTOR REFUND              REFUND                                        1,483.42

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              8,400.00

PRIORITY                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 20028 HATTIE PAGE
```

```
SECURED                                                                    .00
UNSECURED                                                             4,195.76
    INTEREST                                                             75.46
ADMINISTRATIVE                                                        2,300.00
TRUSTEE COMPENSATION                                                    345.36
DEBTOR REFUND                                                         1,483.42
                                        ---------------      ---------------
TOTALS                                         8,400.00             8,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 06/06/06                            /s/ Tom Vaughn
                                                      _____
                                                      TOM VAUGHN
                                                      CHAPTER 13 TRUSTEE